JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPTAIN ERIC KEVIN SCHMIDT, USMC,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. EDCV 12-01539 VAP<br>**EDCR 10-00018 VAP**<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Eric Kevin Schmidt's Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 2, 2013

VIRGINIA A. PHILLIPS
United States District Judge